UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RYAN MODEST,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFF LYNCH,<br><br>　　　　Respondent. | Case No. 23-cv-06631-VC<br><br>**ORDER OF DISMISSAL** |

　　This case was opened when Scott Ryan Modest filed a petition for writ of habeas corpus. Dkt. No. 1. Modest was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis (IFP) and was allowed twenty-eight days to pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days have passed, and Modest has not filed an IFP application, or paid the filing fee. This case is therefore DISMISSED without prejudice.

　　**IT IS SO ORDERED.**

Dated: February 9, 2024

_____
VINCE CHHABRIA
United States District Judge